CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 19 2008

JOHN F. CORCORAN, CLERK
BY: L. Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| APPALACHIAN POWER COMPANY, | |
| Plaintiff, | Case No. 7:06-CV-00234 |
| v. | ORDER |
| NICHOLAS BOUGHTON and CAROLINE BOUGHTON, | By: James C. Turk United States District Judge |
| Defendants. | |

### ORDER OF DEFAULT JUDGMENT AGAINST DEFENDANTS

On motion of Plaintiff, Appalachian Power Company, pursuant to Federal Rule of Civil Procedure 55, for entry of a default judgment against Defendants Nicholas Boughton and Caroline Boughton, and upon review of the record of this matter, and further finding that the Defendants are in default.

It is hereby **ORDERED** that Judgment by Default is entered against Defendants Nicholas Boughton and Caroline Boughton, and,

It is further **ORDERED** that Defendants shall have 120 days from the entry of this order to complete the agreed upon remediation as set forth in the Agreement which was attached as Exhibit C to the Plaintiff's Motion for Default Judgment.

A hearing is scheduled for March 24, 2009 at 11:00 A.M. for further proceedings to assess the status of the remediation and/or otherwise assess damages against Defendants. The Clerk of Court is directed to send certified copies of this Order to the Defendants and counsel of record for the Plaintiff.

**ENTER:** This 19th day of November, 2008.

_/s/ James C. Turk_
Hon. James C. Turk
Senior United States District Judge